1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VANESSA VELASCO,** | **Case No.:** 2:23-cv-00615-JLS-PD |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL** |
| **NCB MANAGEMENT SERVICES, INC.,** | |
| Defendant. | |

///

///

///

///

///

///

///

**JUDGEMENT OF DISMISSAL**

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs.

Dated: July 27, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE